UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 23-CR-84 (APM) |
| KYLER JOSEPH BARD, | |
| Defendant. | |

**REPSPONSE TO MINUTE ORDER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby responds to the Court's April 2, 2025, minute order requiring it to show cause why the Court should not deny its motion to dismiss the indictment (ECF 67). Substantively, the government's response would be to make the arguments in made in *United States v. Thorpe*, No. 23-3027 (D.C. Cir.). The government thus believes the Court should stay its motion to dismiss until the D.C. Circuit resolves *Thorpe*. The government has contacted defendant Kyler Bard's counsel, Joseph S. Passanise, Esq., who has indicated that he agrees with this approach.

1

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866


_____/s/_____
Daniel J. Lenerz, DC Bar #888283905
Assistant United States Attorney
601 D Street, NW, Room 6.232
Washington, D.C. 20530
Daniel.Lenerz@usdoj.gov


CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing has been filed electronically with the Court and served via CM/ECF and email on counsel for the defendant, Joseph S. Passanise, Esq., Joe@deewampler.com, on this 14th day of April, 2025.

    __/s/ Daniel J. Lenerz_____
    DANIEL J. LENERZ
    Assistant United States Attorney